### Ruby EDWARDS v. STATE.
### 6 Div. 624.

Supreme Court of Alabama.
April 25, 1935.

PER CURIAM.

There is no bill of exceptions in this case, and no error appearing upon the record prop-

er, the judgment of the circuit court is affirmed.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.